

FILED
CLERK, U.S. DISTRICT COURT
04/02/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DE___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:25-MJ-00171-DUTY |
| v. | |
| WILLIAMS, KEVIN | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the SOTHERN District of NEW YORK on 04/02/2025
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3583
to wit: PROBATION VIOLATION

A warrant for defendant's arrest was issued by: The Honorable Vernon S. Broderick , U.S Distirct Judge

Bond of $ no was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     4/2/25
                  Date

_Cesar Perez_                                Cesar Perez
Signature of Agent                            Print Name of Agent

USMS                                          DEO
Agency                                        Title